UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON CEDENO IBARRA, individually and on behalf of all other persons similarly situated who were employed D& L PAVING CONTRACTORS INC., and/or any other entities affiliated with, controlling, or controlled by D & L PAVING CONTRACTORS, INC., J & J PAVING & SEALCOATING CORPORATION, and any other entities affiliated with, controlling, or controlled by J & J PAVING & SEALCOATING COROPORATION, LLC, JOSEPH MATARAZZO, individually, and GERRY FARRO, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>D& L PAVING CONTRACTORS INC., and/or any other entities affiliated with, controlling, or controlled by D & L PAVING CONTRACTORS, INC., J & J PAVING & SEALCOATING CORPORATION, and any other entities affiliated with, controlling, or controlled by J & J PAVING & SEALCOATING COROPORATION, LLC, JOSEPH MATARAZZO, individually, and GERRY FARRO, individually,<br><br>    Defendants. | Case No.:  2:22-cv-06983 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, SIMON CEDENO IBARRA, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice and agrees that the above captioned

action is hereby voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41.

Dated: December 3, 2022

SO ORDERED.

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: December 7, 2022

Respectfully submitted,

JAFFE GLENN LAW GROUP, P.A.

 s/ Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail: AGlenn@JaffeGlenn.com
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308

No Counsel of Record